IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALEX ALEXIS, ET AL., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 11-1211-LPS-SRF |
| RUSSELL L. LAW, ET AL., | : | |
| Defendants. | : | |

## ORDER

WHEREAS, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 11) dated June 29, 2012;

WHEREAS, the Report and Recommendation recommends that the Court DENY Defendants' motion to dismiss (D.I. 3).

WHEREAS, any Objections to the Report and Recommendation (D.I. 11) were to be filed by July 16, 2012;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Fallon;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 11) is **ADOPTED**, and Defendants' motion to dismiss (D.I. 3) is **DENIED**.

Dated: August 1st, 2012

UNITED STATES DISTRICT JUDGE